# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| LuAnn Danger, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-567 SRN/LIB |
| Nextep Funding, LLC, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Unopposed Motion for Approval of an Incentive Award and an Award of Attorneys' Fees, Costs, and Expenses [Doc. No. 137] is **GRANTED**;

2. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement [Doc. No. 143] is **GRANTED**; and

3. This action against Defendant Nextep Holdings, LLC f/k/a Nextep Funding, LLC is **DISMISSED WITH PREJUDICE**.

Date: 12/8/2020                                              KATE M. FOGARTY, CLERK